Certificate Number: 03088-ILN-DE-033000844

Bankruptcy Case Number: 19-14443



03088-ILN-DE-033000844

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2019, at 9:46 o'clock PM CDT, Yvonne B Florenosos completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   June 20, 2019                              By:    /s/Doug Tonne

                                                   Name:  Doug Tonne

                                                   Title: Counselor