Certificate Number: 03088-ILN-DE-033000843

Bankruptcy Case Number: 19-14443



03088-ILN-DE-033000843

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 20, 2019</u>, at <u>9:46</u> o'clock <u>PM CDT</u>, <u>Paul D Florenosos</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:  <u>June 20, 2019</u>         By:  <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>